```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM BOIKO, MICHELLE BOIKO,
                                                                    JUDGMENT
                Plaintiffs,                                         CV-13-2530 (SJF)(GRB)

    - against -                                                     FILED
                                                                    CLERK

DEPUTY SHERIFF RICHARD KOWLASKI,                                    7/3/2014 4:46 pm
DEPUTY SHERIFF GARY KANE, THE
COUNTY OF NASSAU,                                                   U.S. DISTRICT COURT
                                                                    EASTERN DISTRICT OF NEW YORK
                Defendants.                                         LONG ISLAND OFFICE
------------------------------------------------------------X
```

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on July 2, 2014, accepting in its entirety the June 16, 2014 Report and Recommendation of Magistrate Judge Gary R. Brown, dismissing this action in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; that this case is dismissed in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute; and that this case is hereby closed.

Dated: Central Islip, New York
       July 3, 2014

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                            By:     /s/ Catherine Vukovich
                                                    Deputy Clerk